IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, | No. 2:13-CV-2337-WBS-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JACK'S GRILL, INC., et al., | |
| Defendants. | |

Plaintiff brings this civil action.  A settlement conference is scheduled for June 4, 2014, at 10:30 a.m. in Redding, California, before the undersigned.  The parties are directed to each submit a confidential settlement conference statement <u>directly to chambers</u> by May 29, 2014.  These statements <u>shall not be filed</u>.  Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms.  <u>See</u> Local Rule 270(f)(1).  Concurrent with their settlement conference statement, the parties shall execute and <u>file</u> the attached Waiver of Disqualification.

IT IS SO ORDERED.

DATED: May 13, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

```
 1
 2
 3
 4
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  MARSHALL LOSKOT,                No. 2:13-CV-2337-WBS-CMK
11          Plaintiff,
12      vs.
13  JACK'S GRILL, INC., et al.,
14          Defendants.
15  _____/
16               WAIVER OF DISQUALIFICATION
```

Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Kellison thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.

DATED: _____           _____
                                By:   For Plaintiff(s)

DATED: _____           _____
                                By:   For defendant(s)