**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, MARSHALL LOSKOT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>    Plaintiff,<br><br>v.<br><br>JACK'S GRILL, INC., a California corporation, dba JACK'S BAR & GRILL, DONALD LEE CONLEY, and SANDRA LEE CONLEY, Trustees of the DONALD AND SANDRA CONLEY 1998 TRUST, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 2:13-CV-2337 WBS CMK<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER<br>FRCP 41(a)(1)(A)(ii) |

Plaintiff and Defendants (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, pursuant to *FRCP* 41(a), each party to bear their own attorney fees and costs.

///
///
///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: May 28, 2014         /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**MARSHALL LOSKOT**

**HASLERUD LAW OFFIC**

Dated: May 27, 2014         /s/ Gary E. Haslerud
Gary E. Haslerud, Attorney for Defendants **JACK'S GRILL, INC., DONALD LEE CONLEY, and SANDRA LEE CONLEY**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Loskot vs. Jack's Grill, Inc., et al.</u>, Case Number 13-CV-2337 WBS CMK, is dismissed with prejudice with each party to bear their own attorney fees and costs.

Dated: May 28, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE